# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MERANDA SMITH**                                                               **PLAINTIFF**

v.                     Case No. 4:21-CV-00868-JM-JTK

**Social Security Administration**                                     **DEFENDANT**
*Commissioner*

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed and the time for doing so has expired. After careful consideration, the Court concludes that the RD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment shall be entered accordingly.

IT IS THEREFORE ORDERED THAT the Defendant's Unopposed Motion to Reverse and Remand (Doc. No. 10) this case to the Commissioner ("Defendant") for further administrative proceedings is hereby GRANTED. The Court reverses the Commissioner's decision and remands for further administrative proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

DATED this 23rd day of March, 2022.

                                                                            UNITED STATES DISTRICT JUDGE