# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MERANDA SMITH**                                                                                          **PLAINTIFF**

v.                            Case No. 4:21-CV-00868-JM-JTK

**Social Security Administration**                                                                 **DEFENDANT**
*Commissioner*

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is REVERSED and REMANDED for further administrative proceedings. This is a "sentence four" remand. 42 U.S.C. § 405(g).

DATED this 23rd day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE