**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MERANDA M. SMITH**                                                    **PLAINTIFF**

**V.**                              **4:21CV00868 JM**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security**                    **DEFENDANT**

## ORDER

Plaintiff has filed a motion for attorney's fees, docket # 14 under the Equal Access to

Justice Act, 28 U.S.C. § 2412. The Commissioner has no objection to the hours requested but

suggests an hourly rate of $218 for 2021- 2022.  Pursuant to 28 U.S.C. § 2412, the Court finds

that the Plaintiff is entitled to attorney's fees, costs and expenses in the amount of $6,376.50.

The fees, costs and expenses in the amount of $6,376.50 should be payable directly to Plaintiff

and mailed to her attorney.  Accordingly, Plaintiff's motion, docket # 14, is GRANTED in part.

IT IS SO ORDERED this 9th day of May, 2022.

_____
James M. Moody Jr.
United States District Judge